PER CURIAM.
 

 Petitioners seek certiorari review of a circuit court order allowing the defense to discover a video and transcript of a compulsory medical examination (“CME”) of petitioner Gerard Maguire. Petitioners objected that the video and transcript they requested of the CME were counsel’s protected work product, citing
 
 McGarrah v. Bayfront Medical Center, Inc.,
 
 889 So.2d 923 (Fla. 2d DCA 2004). We agree that
 
 McGarrah
 
 is controlling. Moreover, respondents have indicated that they have no objection to this court granting this petition because the video and transcript will be discoverable if petitioners decide to use this material at trial.
 

 Accordingly, we grant the petition and quash the circuit court order compelling discovery of the video and transcript of petitioner’s CME.
 

 WARNER, FARMER and DAMOORGIAN, JJ., concur.